UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAYLOCK,

     Plaintiff,

                                   Case No. 24-12181

v.

                                   Hon. F. Kay Behm

LOGAN COVINGTON,

     Defendant.

_____/

**ORDER DENYING MOTION
FOR RECONSIDERATION (ECF NO. 12)**

     Plaintiff James Baylock seeks reconsideration of the court's order partially dismissing his claims. ECF No. 8. Plaintiff asserted a First Amendment claim against various defendants because they allegedly tampered with his legal mail. The court dismissed this claim because "Plaintiff identifies only a single incident on July 17, 2023, where his mail was allegedly mishandled." ECF No. 8 at PageID.46. The court found that "the alleged opening of the legal envelope was an isolated incident, which does not give rise to a constitutional violation." *Id.* Plaintiff takes issue with this ruling.

     Motions for reconsideration are "disfavored." Local Rule 7.1(h)(2). The court may grant reconsideration of a nonfinal order under limited

circumstances, such as "an intervening change in controlling law," new facts that could not have been discovered before, or when "the court made a mistake, correcting the mistake changes the outcome of the prior decision, and the mistake was based on the record and law before the court at the time of its prior decision." *Id.*

In his motion for reconsideration, Plaintiff contends that the July 2023 incident not isolated and that there were "two or more" incidents of tampering with his legal mail. ECF No. 12 at PageID.72-73. However, because these allegations were not in Plaintiff's complaint, the court did not err by failing to consider them. Moreover, the facts in Plaintiff's motion are not specific enough for the court to determine whether amendment would be appropriate. If Plaintiff has additional, specific allegations supporting his mail tampering claim, he may file a motion to amend his complaint, with the proposed amended complaint attached, pursuant to Federal Rule of Civil Procedure 15.

It is **ORDERED** that Plaintiff's motion for reconsideration (ECF No. 12) is **DENIED.**

**SO ORDERED.**

Dated: July 29, 2025                        s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge

2