UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BLAYLOCK,

Plaintiff,

v.

COVINGTON, ARUS,

Defendant.
_____________________________/

Case No. 24-12181

F. Kay Behm
United States District Judge

Kimberly G. Altman
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 21, 2026 REPORT AND RECOMMENDATION (ECF No. 33)**

Currently before the court is Magistrate Judge Kimberly G. Altman's July 21, 2026 Report and Recommendation. (ECF No. 33). Magistrate Judge Altman recommends granting Defendant's motion for summary judgment. The court is fully advised in the premises and has reviewed the record and the pleadings. Plaintiff filed a document purporting to be an objection, but it is merely a cover letter and does not contain any objections. (ECF No. 34). Accordingly, the court will treat this matter as having no objections filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149

(1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 33), **GRANTS** Defendant's motion for summary judgment (ECF No. 26), and **DISMISSES** the complaint with prejudice.

**SO ORDERED**.

Date: August 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge