AUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BLAYLOCK,

Plaintiff,

v.

COVINGTON, ARUS,

Defendant.

_____________________________/

Case No. 24-12181

F. Kay Behm
United States District Judge

Kimberly G. Altman
United States Magistrate Judge

## JUDGMENT

In accordance with the Opinion and Order issued on August 21, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED**.

Date: August 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge